BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

REBECCA A. FALK (CABN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    Rebecca.Falk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROGER B. SCHAGRIN, | **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |
| Plaintiff, | Case No. C 17-2048 WHA |
| v. | **FILED UNDER SEAL** |
| NEXTracker, Inc. | |
| Defendant. | |

NOTICE OF DECLINATION; [PROPOSED] ORDER
C 17-2048 WHA

1   Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court
2   of its decision not to intervene in this action.

3   Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C.
4   § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing,
5   however, that the "action may be dismissed only if the court and the Attorney General give written
6   consent to the dismissal and their reasons for consenting." *Id*. The United States Court of Appeals for
7   the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a
8   hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*,
9   59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th
10  Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose
11  that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States
12  with an opportunity to be heard before ruling or granting its approval.

13  Furthermore, 31 U.S.C. § 3730(c)(3) permits the Government to be served with copies of all
14  pleadings filed in the action. Accordingly, the undersigned Government counsel will file a Notice of
15  Appearance for the purpose of receiving ECF notifications of filings in this case. The United States
16  reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a
17  later date. The United States also reserves its right to seek the dismissal of the relator's action or claim
18  pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C.
19  § 3730(c)(4).

20  Finally, the Government requests that the relator's Complaint, this Notice, and the attached
21  proposed Order be unsealed and that the seal be lifted as to all matters subsequently occurring in this
22  action. The United States requests that all other papers on file in this action remain under seal because
23  in discussing the content and extent of the United States' investigation, such papers are provided by law
24  to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to
25  intervene should be extended.

26  A proposed order accompanies this notice.
27  ///
28  ///

NOTICE OF DECLINATION; [PROPOSED] ORDER
C 17-2048 WHA

| | |
|---|---|
| DATED: November 15, 2017 | Respectfully submitted,<br><br>BRIAN J. STRETCH<br>United States Attorney<br><br>s/ Rebecca A. Falk<br>REBECCA A. FALK<br>Assistant United States Attorney |

NOTICE OF DECLINATION; [PROPOSED] ORDER
C 17-2048 WHA