WARRINGTON PARKER (SBN 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415 773 5700
Facsimile:     415 773 5759

*Attorneys for Defendant*
*NEXTracker, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ROGER B. SCHAGRIN,<br><br>              Relator,<br><br>    v.<br><br>NEXTRACKER, INC.<br><br>              Defendant. | Case No. C 17-2048 WHA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT, OR, IN THE ALTERNATIVE, REQUEST FOR STAY**<br><br>**Complaint:** April 12, 2017<br>**Complaint Unsealed:** December 12, 2017<br>**CMC:** April 26, 2018<br><br>Date:      April 26, 2018<br>Time:      8:00 a.m.<br>Judge:    Honorable William Alsup<br>Dept.:     Courtroom 12, 19th Floor |

## I.   **INTRODUCTION**

Pursuant to Federal Rules of Evidence 201 and 106, Defendant NEXTracker, Inc. ("NEXTracker") respectfully request that this Court take judicial notice of the documents reference below in connection with the Defendant's Motion to Dismiss Plaintiffs' Complaint, or, In the Alternative, Request for Stay pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and the primary jurisdiction doctrine.

These below exhibits are described and authenticated in the Declaration of Warrington Parker, dated March 12, 2018, served and filed herewith ("Parker Decl."), into which they are incorporated as exhibits by reference.

1.      Attached as Exhibit 1 is the September 14, 2016 submission of Allegation of Duty Evasion Pursuant to the Enforce and Protect Act of 2015: Circular Welded Carbon Quality Steel Pipe from the People's Republic of China submitted by Relator on behalf of Wheatland Tube Company ("Wheatland") to U.S. Customs and Borders Protection ("CBP").

2.      Attached as Exhibit 2 is the October 3, 2016 supplemental submission in support of the Allegation of Duty Evasion Pursuant to the Enforce and Protect Act of 2015 Allegation No. 15134: Circular Welded Carbon Quality Steel Pipe from China submitted by Relator on behalf of Wheatland to CPB.

3.      Attached as Exhibit 3 is the October 17, 2016 response from the CBP titled Non-initiation of investigation against U.S. Importer NEXTracker as to evasion of AD/CVD Orders concerning Circular Welded Carbon Quality Steel Pipe from China.

4.      Attached as Exhibit 4 is the November 3, 2017 Request for Scope Ruling submitted on behalf of NEXTracker to the Department of Commerce ("DOC").

5.      Attached as Exhibit 5 is the November 17, 2017 response to NEXTracker's Request for Scope Ruling submitted by Relator on behalf of Wheatland to DOC.

6.      Attached as Exhibit 6 is the December 7, 2017 response to November 17, 2017 Wheatland submission submitted on behalf of NEXTracker to the DOC.

7.      Attached as Exhibit 7 is the December 7, 2017 DOC letter regarding Circular Welded Carbon Quality Steel Pipe from the People's Republic of China: Request for Scope

REQUEST FOR JUDICIAL NOTICE
CASE NO.:  C 17-2048 WHA

Ruling to NEXTracker.

8.      Attached as Exhibit 8 is the February 6, 2018 response submitted by NEXTracker to the December 7, 2017 DOC letter.

9.      Attached as Exhibit 9 is the March 12, 2018 NEXTracker submission to the DOC.

## II.      THE EXHIBITS AT ISSUE ARE JUDICIALLY NOTICEABLE AND ARE ROUTINELY CONSIDERED BY COURTS DECIDING MOTIONS TO DISMISS CLAIMS SIMILAR TO THOSE ASSERTED BY RELATOR IN THIS CASE.

Under Federal Rule of Evidence 201, a court may take judicial notice of a fact not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned.  Fed. R. Evid. 201(b).  Pursuant to the rule, "a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned."  *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007); *see also United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) ("[C]ourts may [] consider . . . documents incorporated by reference in the complaint . . . without converting the motion to dismiss into a motion for summary judgment.").  Further, courts may take judicial notice of "matters of public record."  *United States v. 14.02 Acres of Land More or Less in Fresno Cty.*, 547 F.3d 943, 955 (9th Cir. 2008).  The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2).

First, "[i]n order to 'prevent  plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting . . . documents upon which their claims are based,' a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned." *Swartz*, 476 F.3d at 763 (internal citation omitted).  Relator references the allegations that he filed with the CBP and the response of the CBP to this submission.  Compl. ¶¶ 46-48.  Those CBP submissions are attached here.

Second, publicly accessible submissions to administrative agencies are judicially noticeable as public documents. *Madani v. Cty. of Santa Clara*, No. 16-CV-07026-LHK, 2017 WL 1092398, at *4 (N.D. Cal. Mar. 23, 2017).  The court may take judicial notice of the filings,

REQUEST FOR JUDICIAL NOTICE
CASE NO.:  C 17-2048 WHA

but not for the truth of the facts recited therein. *E & J Gallo v. Proximo Spirits, Inc.*, No. CV-F-10-411 LJO JLT, 2011 WL 864503, at *4 (E.D. Cal. Mar. 10, 2011). The submissions related to the Request for Scope Ruling pending before the DOC constitute records of that administrative body.

## III.    CONCLUSION

For the foregoing reasons, NEXTracker respectfully request that this Court consider and take judicial notice of each and every document identified above.

Dated:  March 12, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  _____*/s/ Warrington Parker*_____
                 WARRINGTON PARKER

                 Attorneys for Defendant
                 NEXTracker, Inc.

REQUEST FOR JUDICIAL NOTICE
CASE NO.:  C 17-2048 WHA