WARRINGTON PARKER (SBN 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415 773 5700
Facsimile: 415 773 5759

*Attorneys for Defendant*
*NEXTracker, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROGER B. SCHAGRIN, <br><br> Relator, <br><br> v. <br><br> NEXTRACKER, INC. <br><br> Defendant. | Case No. C 17-2048 WHA <br><br> **[PROPOSED]** **ORDER GRANTING VOLUNTARY DISMISSAL** <br><br> **Complaint:** April 12, 2017 <br> **Complaint Unsealed:** December 12, 2017 <br><br> Judge: Honorable William Alsup |

1 | **[PROPOSED] ORDER**

The Court, having considered the Parties' Stipulation for Voluntary Dismissal of the Action, hereby orders:

1. The above captioned action is dismissed with prejudice as to Relator. It is dismissed without prejudice as to the Government; and
2. No award of costs or fees shall be made to either party.

**IT IS SO ORDERED.**

Dated: May 14, 2019

_____
The Honorable William Alsup
United States District Court Judge